UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WELDON L. MOSBY,

        Petitioner,                              Case No. 5:05-cv-61

v.                                         Hon. Richard Alan Enslen

SHARON L. BURT,

        Respondent.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed March 6, 2007, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that petitioner's application is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                /s/Richard Alan Enslen
May 18, 2007                    Richard Alan Enslen
                                    Senior United States District Judge